OCT 31 2023 PM 2:41
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_Bronorion Beadler_,
                Plaintiff,

v.                                             Case No. _____
                                               (To be supplied by the Court)
_Marty perry an stop an supo_
                Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: _26 Chamberliaa Rd Seymour CT 06483_

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: _____

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☐   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

    My Year of Birth is: _____.

☒   Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒   Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). ~~Id~~.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐  Failure to hire me. I was refused a job on the following date(s): ____
_____.

(B) ☐  Termination of my employment. I was terminated from my employment on the following date: _____.

(C) ☐  Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ☒  Other acts as specified below: _False termination when Resigned when sick that day. as well as harrassment screaming at me because not wearing name tag in front of customers. And my boss alway treated me unfairly in a way._

2

5.  The conduct of the Defendant(s) was discriminatory because it was based upon:

race [ ], color [ ], religion [ ], sex [ ], age [ ], national origin [ ] or disability [✓]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: I have a disability yes but it dose not mean my boss can be harsh to me and scream in front of customers. In fact everyone has there own issues even him so it does not give him the right

6.  The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

That day I was sick asked if I could go home nicely the staff said no I went to the bathroom puked my palms were sweaty so after I paked and went to the supvisor I took it to the manager she said Zach you have day like this suck it up,

7.  The approximate number of persons who are employed by the Defendant employer I am suing is: _____ .

8.  The alleged discrimination occurred on or about the following date(s) or time period 08/2011 _____ .

3

9.  I filed charges with the:

  ☑ Equal Employment Opportunity Commission

  ☑ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _____.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _false termination when I was told I could Resign or be like that all the time the way he treated me._

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

  ☑ Injunctive orders (specify the type of injunctive relief sought): _not to have the boss treat any others that way_

  ☑ Backpay;

4

☐ Reinstatement to my former position;

☑ Monetary damages (specify the type(s) of monetary damages sought): when ever i try to apply it wont all the boss put down wrongfull info

☐ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): _____

_____;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☑    DO NOT ☐    demand a trial by jury.

_____  
Original signature of attorney (if any)

**Plaintiff's Original Signature**  
Zachariah Bender

~~Printed Name and address~~  
Zachariah Bender  
26 Cumberland Rd Seymour  
Ct 06483  
(475) 245-6484

( )  
Attorney's telephone

Plaintiff's telephone

Zachariah.Bender@gmail.com

Email address if available    Email address if available

Dated: 10/31/2023

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on   10/31/2023
                   (location)                          (date)

*Zacharian Bendler*
**Plaintiff's Original Signature**

(Rev. 3/23/16)